UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| STANDARD INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 2:18-CV-00074-DCLC-CRW |
| | ) | |
| vs. | ) | |
| | ) | |
| JOEL MICHAEL GUY, JR. et al, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge [Doc. 137]. Pursuant to Rule 24 of the Federal Rules of Appellate Procedure, the magistrate judge recommends that Defendant Joel Michael Guy, Jr.'s *Pro Se* Motion for Leave to Appeal *in forma pauperis* [Doc. 135] be denied. Specifically, the magistrate judge found that the issues raised for appeal in Defendant's affidavit are not presented in good faith, as required by Rule 24(a)(3). Plaintiff did not file objections to the Report and Recommendation.[1] *See* Fed.R.Civ.P. 72(b).

After thorough consideration of Defendant's motion and the Report and Recommendation, the Court finds that the Report and Recommendation properly analyzes the issues presented. For the reasons set out in the Report and Recommendation, which are incorporated by reference herein, it is hereby **CERTIFIED** that Defendant's appeal is not taken in good faith and Defendant is not otherwise entitled to proceed *in forma pauperis*. Therefore, Defendant's Motion for Leave to Appeal *in forma pauperis* [Doc. 135] is **DENIED**.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge

---

[1] Failure to file objections within the 14-day period pursuant to Rule 72(b) results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).